**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

KEVIN ZIMMERMAN,                      )
                                      )    Case No. 2:17-cv-00427-GMN-NJK
                    Plaintiff(s),     )
                                      )    **ORDER**
vs.                                   )
                                      )
STARBUCKS CORPORATION,                )
                                      )
                    Defendant(s).     )
_____)

      Pending before the Court is Plaintiff's application to proceed *in forma pauperis*. Docket No. 1. The Court hereby **SETS** a hearing on that application for 11:00 a.m. on February 16, 2017, in Courtroom 3A.

      IT IS SO ORDERED.

      Dated: February 10, 2017

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE